UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20503-CIV-DIMITROULEAS

RAYMOND T. MAHLBERG,

    Plaintiff,

v.

SAKS FIFTH AVENUE LLC,

    Defendant.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation for Dismissal With Prejudice ("Stipulation") [DE 17], filed herein on July 2, 2024. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.     The Stipulation [DE 17] is hereby **APPROVED**;

2.     This case is **DISMISSED WITH PREJUDICE;**

3.     The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of July, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record